RACHEL McVICKAR, Respondent, v. JAMES McVICKAR, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

P. CALTABELLOTTA Co., INC., Appellant, v. JAMES F. HICKMAN and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMIL F. EMDON, Appellant. — Motion to increase security granted. Amount of bond previously ordered increased from $1,000 to $3,000, and order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BOARD OF TRUSTEES OF MOUNT PLEASANT ACADEMY, Respondent, v. WILLIAM O. POWERS and Others, as Assessors of the Town of Ossining, County of Westchester, etc., Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY SHERY, an Infant, by JOSEPH SHERY, Her Guardian ad Litem, Appellant, v. SIDNEY BLUMENTHAL, Respondent.— Motion to extend time to perfect appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CLARENCE D. SIRE, Appellant, v. WILLIAM L. STONE and Others, Respondents. — Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young and Kapper, JJ.; Jaycox, J., taking no part.

R. NELSON SPATES, Respondent, v. HARRY H. MOSES, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

VAN IDERSTINE Co., INC., Respondent, v. BARNET LEATHER Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CITIZENS FINANCE CORPORATION, Respondent, v. JOHN GALLO, Defendant, Impleaded with SELDEN SALES AND SERVICE COMPANY OF NEW YORK, INCORPORATED, Appellant.— Order granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements, and judgment as entered modified by deducting the admitted excess of interest, amounting to $142.40, and as so modified affirmed, without costs. No opinion. Jaycox, Manning and Kapper, JJ., concur; Kelly, P. J., and Young, J., dissent on the ground that an issue was presented as to whether the trucks were turned over in payment of the notes, and also that there was an issue of fact as to where the contract was made.

LAWRENCE COLLINS, as Administrator, etc., of FRANCIS COLLINS, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.